1  McGREGOR W. SCOTT
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) Case No. 1:07-cr-321 AWI
                                )
12              Plaintiff,      ) STIPULATION AND ORDER THEREON
                                ) FOR CONTINUANCE
13         v.                   )
                                ) Date:  March 24, 2008
14 ANASTACIO GUZMAN-MARTINEZ,   ) Time:  9:00 a.m.
                                ) Judge: Honorable Anthony W. Ishii
15              Defendant.      )
   _____)
16

17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18 United States Attorney and Ian L. Garriques, Assistant U.S.

19 Attorney and Ann H. Voris, attorney for defendant, Anastacio

20 Guzman-Martinez, that the status conference currently scheduled

21 for February 19, 2008, be continued to **March 24, 2008** at 9:00

22 a.m.

23      The reason for the continuance is to allow time for the

24 preparation of a pre-plea presentence report and further plea

25 negotiations.  The parties agree that the delay resulting from

26 the continuance shall be excluded in the interests of justice

27 herein for effective defense preparation and plea negotiations

28 ///

1  pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

2  Dated: February 14, 2008                    Respectfully submitted,

3                                              McGREGOR W. SCOTT
                                               United States Attorney
4
                                          By:  /s/ Ian L. Garriques
5                                              IAN L. GARRIQUES
                                               Assistant U.S. Attorney
6

7
                                               DANIEL J. BRODERICK
8                                              Federal Defender

9  Dated: February 14, 2008                    /s/ Ann H. Voris
                                               ANN H. VORIS
10                                             Attorney for Defendant

11

12

13                                   **ORDER**

14     **IT IS SO ORDERED.**  The intervening period of delay is

15  excluded in the interests of justice pursuant to 18 U.S.C. §§

16  3161(h)(8)(A) and 3161(h)(8)(B)(iv).

17

18  IT IS SO ORDERED.

19  **Dated:   February 15, 2008**                */s/ Anthony W. Ishii*
                                               UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28