IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANASTACIO GUZMAN-MARTINEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:07-CR-0321 AWI <br><br> **ORDER ADVISING DEFENDANT OF OPPORTUNITY TO FILE A MOTION REQUESTING THAT THE TIME FOR FILING A NOTICE OF APPEAL BE EXTENDED** |

On April 2, 2008, the court entered judgment pursuant to Defendant's guilty plea. On May 9, 2008, Defendant filed a pro se notice of appeal. On June 13, 2008, the Ninth Circuit held the appeal in abeyance and remanded the action to this court. The Ninth Circuit found as follows:

> Because the notice of appeal was filed more than 10 court days after entry of judgment, but within 30 calendar days after the expiration of the time to file the notice of appeal, this case is remanded to the district court, pursuant to circuit court policy, for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect.

Pursuant to the Ninth Circuit's order, the court provides Defendant with notice that his notice of appeal was not timely, but the court can extend the time to appeal based upon a proper showing. In a criminal case, a defendant's notice of appeal must be filed in the district court

within ten days after the entry of either the judgment or the order being appealed.  See Fed.R.App.P. 4(b)(1)(A).  In this case, Defendant's notice of appeal was filed more than ten days after entry of judgment.  However, the court may extend the time to file a notice of appeal for a period not to exceed thirty days upon a finding of excusable neglect or good cause.  See Fed.R.App.P. 4(b)(4).  Having advised Defendant of the court's ability to extend the time in which Defendant can appeal, Defendant is given leave to file a motion requesting the court extend the time to file an appeal within ten days of this order's date of service.

Accordingly, the court ORDERS that:

1. Defendant is ADVISED that he may file a motion to extend the time to file a notice of appeal within ten days of this order's date of service; and

2. The Clerk of the Court is DIRECTED to serve copies of this order on:

    Anastacio Guzman-Martinez
    13665 ADA St.
    Armona, CA 93202

    Ann Hardgrove Voris
    Federal Defender
    2300 Tulare Street
    Suite 330
    Fresno, CA 93721

    The Ninth Circuit Court of Appeals
    Peter L. Shaw, Appellate Commissioner
    Reference to Case 08-10216

IT IS SO ORDERED.

Dated:   June 20, 2008                        /s/ Anthony W. Ishii
                                       UNITED STATES CHIEF DISTRICT JUDGE