IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        **Plaintiff**,<br><br>   v.<br><br>**ANASTACIO GUZMAN-MARTINEZ,**<br><br>        **Defendant.** | 1:07-CR-0321 AWI<br><br>**ORDER DENYING ANY REQUEST THAT THE TIME FOR FILING A NOTICE OF APPEAL BE EXTENDED** |

On April 2, 2008, the court entered judgment pursuant to Defendant's guilty plea. On May 9, 2008, Defendant filed a pro se notice of appeal. On June 13, 2008, the Ninth Circuit held the appeal in abeyance and remanded the action to this court for the limited purpose of permitting this court to provide Plaintiff notice and an opportunity to request that the time for filing the notice of appeal be extended.

On June 23, 2008, pursuant to the Ninth Circuit's order, the court provided Defendant with notice that the court could extend the time to file a notice of appeal for a period not to exceed thirty days upon a finding of excusable neglect or good cause. See Fed.R.App.P. 4(b)(4). The court gave Defendant leave to file a motion requesting the court extend the time to file an appeal within ten days.

Over ten days have passed, and Defendant has not filed a motion or other notice requesting the court extend the time to file an appeal. Neither Defendant nor his counsel have

1 | contacted the court in reference to this action in any respect.  Defendant has provided the court
2 | with no excusable neglect or good cause to extend the time to file an appeal.

      Accordingly, the court ORDERS that:

1. The court DECLINES to extend the time within which Plaintiff may file a notice of appeal; and

2. The Clerk of the Court is DIRECTED to serve copies of this order on:

      Anastacio Guzman-Martinez
      13665 ADA St.
      Armona, CA 93202

      Ann Hardgrove Voris
      Federal Defender
      2300 Tulare Street
      Suite 330
      Fresno, CA 93721

      The Ninth Circuit Court of Appeals
      Peter L. Shaw, Appellate Commissioner
      Reference to Case 08-10216

IT IS SO ORDERED.

**Dated:   July 16, 2008**　　　　　　　　**/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE